**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE HILSINGER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 14-14714-FDS |
| ) | |
| KLEEN CONCEPTS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF TRANSFER

**SAYLOR, J.**

Because this case is ready for trial, and because the present criminal docket of the undersigned judge will not permit any civil trial to be scheduled for many months, in the interest of justice this case is hereby transferred to Chief Judge Patti B. Saris pursuant to Local Rule 40.1(i)(1). Chief Judge Saris consents to the transfer.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated: January 11, 2018                United States District Judge